IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL L. MATTICE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner of Social Security,  )<br>  )<br>  Defendant.  ) | No. 3:13-cv-01441<br><br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

Pending before the Court is Plaintiff Michael L. Mattice's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 10), filed with a Memorandum in Support (Doc. No. 11). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 12.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 13 at 26.) The Report was filed on September 10, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 7th day of October, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT